UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JEANNETTE GREGORIA HERNANDEZ,                            :
:
Plaintiff,           :
:                    20-CV-8044 (JMF)
-v-                  :
:                    ORDER
COMMISSIONER OF SOCIAL SECURITY,                         :
:
Defendant.           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated September 30, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 8.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 21, 2021**.

      SO ORDERED.

Dated: January 14, 2021
       New York, New York
                                    JESSE M. FURMAN
                             United States District Judge